**RECEIVED**

JAN - 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NOLAN C. DAVIS, SR. | CIVIL ACTION NO. 12-19 |
| VERSUS | JUDGE TRIMBLE |
| BURT MICHOT | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

Before the court is the report and recommendation of the magistrate judge, issued October 15, 2012, which recommends dismissal of plaintiff's claims in the above-captioned suit for failure to state a claim as to which relief may be granted under 28 U.S.C. § 1915(e)(2)(B).[1] The court has carefully reviewed the entire record in this case, including plaintiff's objections to the report and recommendation filed on October 28, 2012.[2] The court finds that the proposed findings of the magistrate judge are correct under applicable law and jurisprudence and, therefore, the report and recommendation should be adopted in full. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's original and amended complaint in the above-captioned case be **DENIED** and **DISMISSED** with prejudice for failure to state a claim as to which relief may be granted under 28 U.S.C. § 1915(e)(2)(B). In light of these findings, it is further

**ORDERED** that plaintiff's more recent Motion to Compel is **DENIED** as **MOOT**.[3]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this ___7___ᵍ day of

---

[1] R. 20.
[2] R. 24.
[3] R. 22.

1

January, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE